GEORGE LEASK et al., as Executors of HUDSON HOAGLAND, Deceased, Respondents, *v.* MARY E. McCARTY, Appellant.

*Leask* v. *McCarty*, 147 App. Div. 796, affirmed.

(Argued May 19, 1913; decided June 3, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 14, 1911, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to determine the title to the

sum of $6,962.50, which the plaintiffs had deducted and retained from the defendant's share of the residuary estate of Hudson Hoagland, deceased, it being claimed by them that she was indebted to the estate in that amount for principal and interest, by reason of five certain instruments signed by her in the form of promissory notes.

*James Gillin* for appellant.

*J. Hampden Dougherty* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.